IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

Civil Case No. 12-cv-01145-WJM-BNB

FEDERAL FRUIT & PRODUCE COMPANY,

    Plaintiff,

v.

LIBORIO MARKETS #9, INC., et al.,

    Defendants.

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

    IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing on the Motion for Preliminary Injunction, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this 14 day of May 2012.

BY THE COURT:

_____
William J. Martínez, Judge

_____
Attorney for Plaintiff

_____
Attorney for Defendant
(No Exhibits)