IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01145-WJM-BNB

FEDERAL FRUIT & PRODUCE COMPANY,

Plaintiff,

v.

LIBORIO MARKETS #9, INC.,
LIBORIO MARKETS #11, INC.,
LIBORIO COLORADO HOLDING CO.,
LIBORIO HOLDING CO.,
TRIPLE A GROCERS, INC.,
JOHN ALEJO, individually and in his corporate capacity,
RANDY ALEJO, individually and in her corporate capacity,
ENRIQUE M. ALEJO, individually and in his corporate capacity,
ENRIQUE J. ALEJO, individually and in his corporate capacity, and
ANTHONY TRUJILLO, individually and in his corporate capacity,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Attend the July 20, 2012 Scheduling Conference Via Telephone** [docket no. 35, filed July 6, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and for the Scheduling/Planning Conference on **July 20, 2012, at 10:00 a.m., Mountain Daylight Time**, plaintiff's counsel may appear telephonically by calling Chambers at **303/844-6408**.

DATED: July 9, 2012