IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01145-WJM-BNB

FEDERAL FRUIT & PRODUCE COMPANY,

Plaintiff,

v.

LIBORIO MARKETS #9, INC.,
LIBORIO MARKETS #11, INC.,
LIBORIO COLORADO HOLDING CO.,
LIBORIO HOLDING CO.,
TRIPLE A GROCERS, INC.,
JOHN ALEJO, individually and in his corporate capacity,
RANDY ALEJO, individually and in her corporate capacity,
ENRIQUE M. ALEJO, individually and in his corporate capacity, and
ENRIQUE J. ALEJO, individually and in his corporate capacity,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Unopposed Motion for Leave to Attend the October 26, 2012, Hearing Via Telephone** [docket no. 47, filed October 4, 2012] (the "Motion").

IT IS ORDERED that the Motion is GRANTED. Plaintiff's counsel may appear for this hearing on **October 26, 2012, at 3:00 p.m., Mountain Daylight Time**, telephonically as well as defendants John Alejo, Enrique M. Alejo and Enrique J. Alejo. Plaintiff's counsel, however, must arrange for an operator assisted conference call in which all parties may participate, including the Court, with either a toll free number to call or the operator will contact all parties. Plaintiff's counsel will contact the parties and Chambers at 303-844-6408 to let us know how this will be arranged.

DATED: October 17, 2012