IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01145-WJM-BNB | Date: October 26, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| FEDERAL FRUIT & PRODUCE COMPANY<br>**Plaintiff(s)** | *Ryan M. Gembala via telephone* |
| v. | |
| LIBORIO MARKETS #9, INC<br>LIBORIO MARKETS #11, INC<br>LIBORIO COLORADO HOLDING COMPANY<br>LIBORIO HOLDING COMPANY<br>TRIPLE A GROCERS, INC<br>JOHN ALEJO<br>RANDY ALEJO<br>ENRIQUE M. ALEJO<br>ENRIQUE J. ALEJO<br>ANTHONY TRUJILLO<br>**Defendant(s)** | *John (Jack) M. Tanner* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 3:33 p.m.

Appearance of counsel. Defendant John Alejo present via telephone.

Discussion held on [42] Unopposed Motion to Withdraw as Counsel of Record for Defendants John Alejo, Enrique M. Alejo and Enrique J. Alejo and [49] Plaintiff's Motion for Leave to File Amended Complaint.

**ORDERED:   [49] Plaintiff's Motion for Leave to File Amended Complaint is GRANTED. Amended Complaint to be filed on or before November 9, 2012.**

**[42] Unopposed Motion to Withdraw as Counsel of Record for Defendants John Alejo, Enrique M. Alejo and Enrique J. Alejo is GRANTED.**

Defendant John Alejo requests a sixty day stay to obtain counsel, DENIED by the court.

Defendant John Alejo provides updated contact information.

Court in Recess: 3:43 p.m.     Hearing concluded.     Total time in Court: 00:10

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119