IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 12-cv-01145-WJM-BNB

FEDERAL FRUIT & PRODUCE COMPANY,

Plaintiff,

v.

LIBORIO MARKETS #9, INC.,
LIBORIO MARKETS #11, INC.,
LIBORIO COLORADO HOLDING CO.,
LIBORIO HOLDING CO.,
TRIPLE A GROCERS, INC.,
JOHN ALEJO, individually and in his corporate capacity,
RANDY ALEJO, individually and in her corporate capacity,
ENRIQUE M. ALEJO, individually and in his corporate capacity,
ENRIQUE J. ALEJO, individually and in his corporate capacity, and
BANCO POPULAR NORTH AMERICA,

Defendants.

_____

**ORDER**
_____

Counsel for the plaintiff and for Banco Popular North America appeared this afternoon for a status conference. Consistent with matters discussed during the status conference, the following schedule and limitations are established:

        Discovery Cut-Off:        April 11, 2014.

        (All discovery must be completed by the discovery cut-off. All written discovery must be served so that responses are due on or before the discovery cut-off.)

        Discovery is limited as follows:    5 depositions per side, plus the depositions of any specially retained experts designated pursuant to this order.

                25 interrogatories per side; 25 requests
                for production of documents per side;
                and 25 requests for admissions per side,
                all including discrete subparts.

  Dispositive Motions Deadline:  May 9, 2014.

  Expert Disclosures: Each side may designate no more than two specially retained expert witnesses.

  (a)  The parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before February 10, 2014; AND

  (b)  The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before March 10, 2014.

  Final Pretrial Conference: A final pretrial conference will be held in this case on August 6, 2014, at 9:00 a.m., in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than July 30, 2014.

  SO ORDERED.

  Dated October 9, 2013.

                BY THE COURT:

                s/ Boyd N. Boland
                United States Magistrate Judge