IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01145-WJM-BNB

FEDERAL FRUIT & PRODUCE COMPANY, a Colorado corporation,

Plaintiff,

v.

LIBORIO MARKETS #9, INC., d/b/a Rancho Liborio, a California corporation,
LIBORIO MARKETS #11, INC., d/b/a Rancho Liborio, a California corporation,
LIBORIO COLORADO HOLDING CO., d/b/a Rancho Liborio, a California corporation,
LIBORIO HOLDING CO., a California corporation,
TRIPLE A GROCERS, INC., d/b/a Rancho Liborio, d/b/a Liborio Markets, a Nevada corporation,
JOHN ALEJO, individually and in his corporate capacity,
RANDY ALEJO, individually and in her corporate capacity,
ENRIQUE M. ALEJO, individually and in his corporate capacity,
ENRIQUE J. ALEJO, individually and in his corporate capacity, and
BANCO POPULAR NORTH AMERICA, a New York corporation,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    IT IS ORDERED:

    (1)    The **Modified Joint Motion to Amend Scheduling Order** [Doc. # 105, filed 4/10/2014] is GRANTED; and

    (2)    The case schedule is modified to the following extent:

        Discovery Cut-Off:    May 21, 2014

        Dispositive Motion Deadline:    June 11, 2014.

DATED: April 11, 2014