IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 12-cv-01145-WJM-BNB | Date: May 19, 2014 |
| Courtroom Deputy: | Brandy Simmons | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| FEDERAL FRUIT & PRODUCE COMPANY<br>**Plaintiff(s)** | *Ryan Michael Gembala* |
| v. | |
| LIBORIO MARKETS #9, INC<br>LIBORIO MARKETS #11, INC<br>LIBORIO COLORADO HOLDING COMPANY<br>LIBORIO HOLDING COMPANY<br>TRIPLE A GROCERS, INC<br>JOHN ALEJO<br>RANDY ALEJO<br>ENRIQUE M. ALEJO<br>ENRIQUE J. ALEJO<br>ANTHONY TRUJILLO<br>BANCO POPULAR NORTH AMERICA<br>**Defendant(s)** | *Daniel R. Delaney*<br>*Jessica Marie Debroisse* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 3:56 p.m.

Appearance of counsel.

Argument heard on [116] Plaintiff's Motion to Compel Discovery Responses with Incorporated Memorandum in Support filed on May 5, 2014.

Parties discuss administrative closure of case.

**ORDERED:   Parties may file a motion to administratively close this case on or before May 27, 2014. [116] Plaintiff's Motion to Compel Discovery Responses with Incorporated Memorandum in Support is TAKEN UNDER ADVISEMENT.**

Court in Recess: 4:55 p.m.     Hearing concluded.     Total time in Court: 00:59

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119